**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (174156)
Kiley L. Grombacher, Esq. (245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**AYLSTOCK, WITKIN, KREIS
 & OVERHOLTZ, PLLC**
Sin-Ting Mary Liu (282884)
R. Jason Richards (admitted *pro hac* vice)
17 E. Main St., Suite 200
Pensacola, Florida 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-Mail: mliu@awkolaw.com
E-Mail: jrichards@awkolaw.com

*Attorneys for Plaintiff and the Putative
 Class*

Naoki S. Kaneko, SBN 25228
nkaneko@shb.com
Ryan H. Chan, SBN 323424
rchan@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Tel: (949) 475-1500
Fax: (949) 475-0016

Joan R. Camagong, SBN 288217
jcamagong@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: (415) 544-1900
Fax: (415) 391-0281

James P. Muehlberger, pro hac vice
jmuehlberger@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550
Fax: (816) 421-5547

*Attorneys for Defendant Unilever United
States Incorporated*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE BOGDANOVS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES INC.,<br><br>Defendant. | **CASE NO.:  5:22-CV-00652 JGB-SPx**<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO NORTHERN DISTRICT OF ILLINOIS**<br><br>Date: June 27, 2022<br>Time: 9:00 a.m.<br>CR: 1 |

1

**ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE
NORTHERN DISTRICT OF ILLINOIS**

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Transfer Venue, and the good cause appearing therefore, IT IS HEREBY ORDERED that this action be transferred to the United States District Court for the Northern District of Illinois. Defendant's motion to dismiss is hereby dismissed without prejudice with leave to be re-filed in the United States District Court for the Northern District of Illinois within 21 days after docketing of this action in that Court.

**IT IS SO ORDERED.**

Dated:  June 14, 2022

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE